UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **STUDENT DOE**,<br><br>    **Plaintiff**,<br><br>v.<br><br>**KRISTI NOEM**, in her official capacity as Secretary of Homeland Security; the **DEPARTMENT OF HOMELAND SECURITY**; and **TODD LYONS**, in his official capacity as Acting Direct of U.S. Immigration and Custom Enforcement,<br><br>    **Defendants.** | Case No. 4:25-cv-00664<br><br>**JUDGE CRISTIAN M. STEVENS** |

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Pursuant to the Court's September 19, 2025 Order to Show Cause (ECF Dkt. 9), Plaintiff Student Doe ("Plaintiff") hereby submits this response to specify the information to be redacted from the Complaint and a list of categories of personal identifying information Plaintiff wishes to redact from the Complaint. Plaintiff is filing a redlined version of the unredacted Complaint identifying any and all information Plaintiff wishes to redact from the Complaint contemporaneously with this response.

As set forth in the redlined version of the unredacted Complaint, Plaintiff wishes to redact the following categories of personal identifying information: school of attendance (Paragraphs 33, 69, 72, 79, 81); age (Paragraph 69); nationality and country of origin (Paragraphs 70, 78); and arrest and initial charging information (Paragraph 73). Good cause

exists for redaction of these limited categories of personal identifying information as set forth in Plaintiff's Memorandum in Support of Motion for Leave to File the Complaint Under Seal (ECF Dkt. 2).

For these reasons, Plaintiff respectfully requests that the Court lift its September 19, 2025 Order to Show Cause (ECF Dkt. 9) and seal the Complaint (ECF Dkt. 1). Plaintiff will file a redacted version of the Complaint consistent with the redactions set forth in the redlined version of the unredacted Complaint filed contemporaneously with this response.

Respectfully submitted,

*/s/     Mary Ann L. Wymore*
Mary Ann L. Wymore  (MO #44061)
UB GREENSFELDER LLP
10 South Broadway, Suite 2000
Saint Louis, Missouri  63102
Phone: (314) 345-5400
Fax: (314) 241-8674
mwymore@ubglaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2025, the foregoing document was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

> */s/     Mary Ann L. Wymore*
> *One of the Attorneys for Plaintiff*